UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LYNN HECHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 8:17-cv-00473-RAL-TBM |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Lynn Hecht, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of May.

/s/   Amanda J. Allen
Amanda J. Allen, Esq. (FBN 0098228)
William P. Howard, Esq. (FBN 010330)
THE CONSUMER PROTECTION FIRM
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Fax: (813) 435-2369
Amanda@theconsumerprotectionfirm.com
Billy@theconsumerprotectionfirm.com
Attorneys for Plaintiff
LYNN HECHT

/s/   Artin Betpera
Artin Betpera, Esq. (FBN 49535)
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 557-3800
Fax: (714) 557-3347
Artin.Betpera@wbd-us.com
Attorney for Defendant
Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of May, 2018, I have served a copy of the foregoing document on the following by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile or e-mail:

Amanda J. Allen, Esq.
William Peerce Howard, Esq.
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, Florida 33609
Amanda@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

/s/     Artin Betpera
         Artin Betpera